

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 29 2016

CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. GLENN DESHAWNE BROWN DEFENDANT(S). | CASE NUMBER SA16-0451M |
|---|---|
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _____, IT IS ORDERED that a detention hearing is set for ____Friday____, _Sept 29, 2016_, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable _Jay C. Gandhi_____, in Courtroom ____6A____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: September 29, 2016

_____/s/_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                     Page 1 of 1