**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>GLENN DESHAWN BROWNE, aka "Tay Tay,"<br><br>            Defendant. | Case No.: SACR 16-00139-CJC<br><br>ORDER OF DETENTION |

   The Defendant's motion for review of the Magistrate Judge's detention order and for release is **DENIED**.  The Court has considered (i) the nature and circumstances of the four offenses charged against Defendant; (ii) the weight of the evidence against Defendant; (iii) the history and

characteristics of Defendant; and (iv) the nature and seriousness of the danger to the community.

After considering all these factors as well as all the evidence presented by the parties and the arguments of their counsel, the Court finds that no condition or combination of conditions will reasonably assure the appearance of Defendant as required. First, Defendant has a significant incentive to flee. The grand jury returned an Indictment charging Defendant with one count of conspiracy to receive, possess, conceal, store, sell, and dispose of stolen firearms, two counts of receipt, possession, concealment, storage, sale, and disposal of stolen firearms, and one count of unlawful possession of a firearm and ammunition by a felon. If convicted, he faces a very lengthy prison sentence of over twelve years, especially given his extensive criminal history.

Second, Defendant has demonstrated an inability to comply with terms and conditions set by courts. He has violated probation or parole six times. He is currently on probation in three different cases, extending through 2019. He has one outstanding failure to appear and three outstanding failures to pay fines. He had two existing misdemeanor warrants at the time of his August 2016 arrest. He has repeated convictions and arrests for driving on a suspended license.

Third, Defendant has a history of deception and dishonesty. He has on numerous occasions used false names, aliases, and social security numbers and provided false identifications to police, all in an effort to conceal his true identity from law enforcement.

The Court also finds by clear and convincing evidence that Defendant is a serious danger to the community, and that no condition or combination of conditions will reasonably assure the safety of the community.  Defendant is charged with inherently dangerous crimes involving the possession and sale of stolen handguns and assault rifles.  The evidence against him is quite strong.  Moreover, at the time of his arrest in August 2016, he possessed a loaded, stolen handgun that he allegedly was handling in a threatening manner.  He also had in his possession at that time approximately $25,000 in cash split among three tube socks, which apparently was associated with narcotics activity.

Defendant also has a very troubling criminal history that includes two prior felony convictions for robbery and one prior felony conviction for possession of narcotics.  He also has misdemeanor convictions for petty theft, hit-and-run, false identification to a police officer, and driving with a suspended license.  He also has been arrested for other robberies, petty theft, auto theft, hit-and-run, and assault with a firearm on a person.  He also is the subject of a restraining order in place until 2017 related to domestic violence.

Finally, Defendant was an admitted member of the Rollin' 30s Harlem Crips gang, a criminal street gang.

IT IS THEREFORE ORDERED that Defendant be detained prior to trial.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons

1  awaiting or serving sentences or being held in custody pending
2  appeal.
3      IT IS FURTHER ORDERED that Defendant be afforded reasonable
4  opportunity for private consultation with counsel.
5      IT IS FURTHER ORDERED that, on order of a Court of the
6  United States or on request of any attorney for the Government,
7  the person in charge of the corrections facility in which
8  Defendant is confined deliver Defendant to a United States
9  marshal for the purpose of an appearance in connection with a
10 court proceeding.

13 Dated:    December 15, 2016

_____
HONORABLE CORMAC J. CARNEY
United States District Judge