UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| GLENN DESHAWN BROWNE, | No. CV 20-01676-CJC |
|---|---|
| Plaintiff, | No. SACR 16-00139-CJC |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The Court has read and considered the ex parte application filed by defendant United States on February 28, 2020. The Court hereby sets the following briefing schedule:

    a.    Opposition brief due on or before April 24, 2020.

    b.    Optional reply brief due on or before May 29, 2020.

The United States is ordered to serve a copy of this Order on plaintiff Glenn Deshawn Browne by U.S. Mail.

IT IS SO ORDERED.

March 3, 2020
_____
DATE

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE